1:24-cv-01760

FILED
HARRISBURG, PA
OCT 16 2024
PER _____
DEPUTY CLERK

10/15/24

I'm filing a $1,000,000 lawsuit against the Commonwealth of PA and any applicable court fees.

My daughter, Ka'Mauri Bates has been working at the Department of Transportation for almost a year now. On May 7th, I got a phone call telling me my daughter was cut very bad and the ambulance is taking her to the Emergency Room at UPMC Hospital. Her supervisor, Georgette, told me to meet her at the hospital. When I got there she was bleeding a lot from her ring finger on her left hand. She had to get 7 stitches. Now, my daughter works a computer job. Nothing with equipment that would lacerate her finger in that manner. She told me she was walking back to her desk from the bathroom and she was walking, she was touching the wall when her finger started bleeding and she realized something on the wall cut her. She said there was a piece of metal sticking out from the wall. Her supervisor, Georgette, told me blood was every where. The doctor recommended her be off for 2 weeks until she got her stitches out. She was like 3 days from 2 weeks and her supervisor told her that she didn't have enough time to cover her next paycheck if she didn't return. So, she returned, although still in pain and still having her stitches in. Her laceration was so bad that she had to keep her stitches in more than 2 weeks because the cut was still open. The doctor required her to go to physical therapy because she was having a hard time moving it without pain. She was never able to go to physical therapy because they said she didn't have any time. Worker's Compensation denied her medical claim and she lost all her time and money. Although she was told she had 2 weeks of time saved up, but she did not. Her time covered a few days only because both of her next checks were short. I'm filing this lawsuit because my daughter just turned 20 years old and is unaware how the law works. I want my daughter's time that was taken from her back. I want her time to be covered to actually go to Physical Therapy. I want her to be compensated for her pain and suffering. She still today has pain in that finger. I want all her medical bills and her Physical Therapy paid for by the state. They took advantage and denied my daughter's claim because she's young and naïve, but her mother is not. I'm asking for justice for my daughter today.

Thank you, Bianca Bates